FILED IN OPEN COURT
U.S.D.C. Rome

OCT - 3 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| DANIEL EUGENE LOFTON,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER KILGORE,<br><br>Defendant. | CIVIL ACTION<br>NO. 4:19-cv-0020-WMR |

## VERDICT

**Do you unanimously and by a preponderance of the evidence find:**

1. That Joshua Kilgore used force against Daniel Lofton maliciously and sadistically for the purpose of causing harm in violation of Daniel Lofton's Eighth Amendment rights?

   Answer YES or NO: __NO__

*If you answered NO for Question 1, this ends your deliberations, and your foreperson should sign and date the last page of the verdict form. If you answered YES to Question 1, go to Question 2.*

2. That Joshua Kilgore caused Daniel Lofton to suffer more than a minimal physical injury?

   Answer YES or NO: _____

*If you answered YES to Question 2, go to Question 3. If you answered NO to Question 2, then Daniel Lofton will be awarded nominal damages in the amount of $1.00, and you should go to Question 4.*

3. That Daniel Lofton should be awarded compensatory damages against Joshua Kilgore?

   Answer YES or NO: _____

   If you answered "YES," in what amount? $ _____

4. That Joshua Kilgore acted with malice or reckless indifference to Daniel Lofton's federally protected rights and that punitive damages should be assessed against Joshua Kilgore?

   Answer YES or NO: _____

   If you answered "YES," in what amount? $ _____

*This ends your deliberations. The foreperson should sign and date this form.*
SO SAY WE ALL.

_____
FOREPERSON
Tim Ausmus

10/3/2023
DATE